■ In the Matter of VICTOR BARRON et al., Appellants, v. SOL C. FATEMAN et al., Respondents.— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Kings County, dated August 26, 1971, affirmed on the finding made by Special Term that the testimony of the subscribing witness was incredible. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

■ In the Matter of JOHN J. CESARIO, JR., Appellant, v. GERTRUDE A. TEDESCO et al., Respondents. In the Matter of MARCIA E. GROSS, Appellant, v. FRANK C. PRAETE et al., Respondents.— Judgments of the Supreme Court, Westchester County, dated August 30, 1971, reversed on the law, without costs, and matters remitted to Special Term for hearing on the merits of the petition in accordance with our opinion in *Matter of Gross* v. *Barone,* decided herewith (37 A D 2d 773). Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

■ In the Matter of ARNOLD P. FEINBLATT et al., Appellants, v. MAURICE J. O'ROURKE et al., Respondents. In the Matter of MILTON POKORNE et al., Appellants, v. MAURICE J. O'ROURKE et al., Respondents. In the Matter of ELMER SCHWARTZ et al., Appellants, v. MAURICE J. O'ROURKE et al., Respondents.— In proceedings pursuant to section 330 of the Election Law, three judgments of the Supreme Court, Queens County, each dated August 27, 1971, affirmed, without costs. Special Term dismissed the petition on jurisdictional grounds. In our opinion, a dismissal on such basis was improper. We hold that the petitions should be dismissed on the merits. Queens County is not a political subdivision with respect to which the provisions of the United States Code (tit. 42, § 1973b *et seq.*) are in effect, and the enforcement of the requirements of new chapter 424 of the Laws of 1971 in Queens County, when the enforcement thereof has been suspended in three neighboring counties of New York City, does not result in a violation of the Equal Protection Clause of the 14th Amendment of the U. S. Constitution. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.

■ In the Matter of LOUIE O. FIORE et al., Appellants, v. ALBERT L. HECHT et al., Constituting the Board of Elections of Dutchess County, Appellants, and JACK ECONOMOU, Respondent.— In a proceeding pursuant to section 330 of the Election Law, judgment of the Supreme Court, Dutchess County, dated August 30, 1971, which dismissed appellants' petition to invalidate designating petitions nominating respondent as mayoral candidate of the Democratic Party, reversed on the law, without costs, and petition granted to the extent of invalidating the said designating petition. In our opinion, the respondent was not an enrolled member of the Democratic Party when the designating petitions were filed (*Matter of Roosevelt* v. *Power,* 22 Misc 2d 1074, revd. 10 A D 2d 943, revd. 8 N Y 2d 869; cf. *Matter of O'Connor* v. *Power,* 22 N Y 2d 772). Further, respondent was not a resident of the district at the time the petition was filed. Munder, Shapiro, Gulotta and Benjamin, JJ., concur; Rabin, P. J., not voting.

■ In the Matter of DAVID GOLDENBERG, Appellant, v. MAURICE J. O'ROURKE et al., Respondents.—

No opinion. Rabin, P. J., Munder, Shapiro, Gulotta and Benjamin, JJ., concur.